RECEIVED

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE 22 AUG 15 PM 2:34
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NWD |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Cr. No. 22-I-008 TLP |
|  | ) | 22-20210-TLP |
| JOEL LATTIMER, | ) | 18 U.S.C. § 1470 |
|  | ) | 18 U.S.C. § 2252A(a)(3)(B) |
| Defendant. | ) |  |

**INFORMATION**

FILED IN OPEN COURT
DATE: 9/6/22
TIME: 11:00 Am
INITIALS: JPM

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

(Attempted Transfer of Obscene Material to a Minor)

On or about November 4, 2021, in the Western District of Tennessee and elsewhere, the defendant,

### JOEL LATTIMER

did, by means of interstate commerce, knowingly attempt to transfer obscene material to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

### COUNT 2

(Solicitation of Child Pornography)

Beginning in or about October 2021 and continuing until in or about November 2021, in the Western District of Tennessee and elsewhere, the defendant,

### JOEL LATTIMER

did solicit, using a means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce by any means including by computer, any material or purported material, in a manner that reflected the belief that the material or purported material contained an obscene visual depiction of a minor engaging in sexually explicit conduct or a visual depiction of an actual minor engaging in sexually explicit conduct, all in violation of Title 18, United States Code, Section 2252A(a)(3)(B).

DATE: *august 15, 2022*

JOSEPH C. MURPHY, JR.
UNITED STATES ATTORNEY

2