FILED IN OPEN COURT
DATE: 9/6/22
TIME: 11:00 Am
INITIALS: JPW

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 22-20210-TLP |
| vs. | ) Cr. No. 22-I-008 TLP |
| JOEL LATTIMER, | ) 18 U.S.C. § 1470 |
| | ) 18 U.S.C. § 2252A(a)(3)(B) |
| Defendant. | ) |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 10 yrs imprisonment; a period of supervised release for nmt 3 yrs, see 18 U.S.C. § 3583(b), together with a mandatory special assessment of $100, see 18 U.S.C. § 3013(a)]

### COUNT 2

[nlt 5 yrs, nmt 20 yrs imprisonment; but with a prior conviction, nlt 15 years, nmt 40 years; nmt $250,000 fine; or both, plus a period of supervised release for any term of years, not less than 5, or life, see 18 U.S.C. § 3583(k), together with a mandatory special assessment of $100, see 18 U.S.C. § 3013(a); a special assessment of $5,000, see 18 U.S.C. § 3014(a); and a special assessment of up to $35,000, see 18 U.S.C. § 2259A]