# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) No.: 2:22-cr-20210-TLP |
| v. | ) |
| **JOEL EVAN LATTIMER,** | ) |
| Defendant. | ) |

### POSITION OF THE UNITED STATES REGARDING THE
### PRESENTENCE INVESTIGATION REPORT

COMES NOW the United States of America, by and through its counsel, Kevin G. Ritz, United States Attorney, and Lauren J. Delery, Assistant United States Attorney, and notifies the Court of the position of the United States with respect to the Presentence Investigation Report prepared in this matter.

1. The attorney for the United States as received and reviewed the Presentence Investigation Report.

2. The United States has no objections to either the facts or the calculations contained in the Presentence Investigation Report.

3. The United States does not intend to present testimony at the sentencing hearing.

1

Respectfully submitted this 12th day of December, 2022.

                                                    Respectfully submitted:

                                                    KEVIN G. RITZ
                                                    United States Attorney

                          By:    *s/Lauren J. Delery*
                                                    LAUREN J. DELERY
                                                    Assistant United States Attorney
                                                    167 North Main Street, Suite 800
                                                    Memphis, TN 38103
                                                    (901) 544-4231 - Telephone
                                                    (901) 544-4230 - Facsimile

## **CERTIFICATE OF SERVICE**

      I, Lauren J. Delery, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading has been filed via the District Court's electronic case filing system, which will send notification of the filing to the defendant's attorney of record.

      This date:   December 12, 2022.

                                                  By:    *s/Lauren J. Delery*
                                                          LAUREN J. DELERY
                                                          Assistant United States Attorney