# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:22-cr- 20210 TLP |
| | ) | |
| JOEL EVAN LATTIMER | ) | |
|    Defendant | ) | |

_____

## POSITION OF DEFENDANT REGARDING THE
## PRESENTENCE INVESTIGATION REPORT
_____

Comes now the Defendant, Joel Evan Lattimer, by and through his attorney of record, William D. Massey, and respectfully notifies the Court of his position regarding the Presentence Investigation Report prepared in this case.

1. Defendant and Defense Counsel have received and reviewed the Presentence Investigation Report.

2. There are no objections to the facts or calculations contained in the report.

3. Defendant does not intend to present testimony at the sentencing hearing.

4. The Guideline calculations are less than the mandatory minimum sentence of 60 months imposed by statute.

Respectfully submitted this 29th day of December 2022,

> The Law Office of Massey McClusky
> Fuchs & Ballenger
> 3074 East Street
> Memphis, TN 38128
> (901) 384-4004 (Office)
> (901) 937-8004 (Fax)
> w.massey3074@gmail.com
>
>
> *s/William D. Massey_*
> William D. Massey
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed via the District Court's electronic case filing system, which will send notification to AUSA Lauren Delery.

> *s/William D. Massey_*
> William D. Massey
> Attorney for Defendant